**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 03-6309**

———————

UNITED STATES OF AMERICA,

                              Plaintiff - Appellee,

        versus

JOSEPH WILLIAM ALFRED, a/k/a Butter,

                              Defendant - Appellant.

———————

Appeal from the United States District Court for the District of South Carolina, at Spartanburg.  Henry M. Herlong, Jr., District Judge.  (CR-01-827)

———————

Submitted:  May 20, 2003              Decided:  May 30, 2003

———————

Before WILLIAMS, TRAXLER, and KING, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Joseph William Alfred, Appellant Pro Se.  Elizabeth Jean Howard, OFFICE OF THE UNITED STATES ATTORNEY, Greenville, South Carolina, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Joseph William Alfred appeals the district court's order denying his motion to inspect grand jury minutes. Because Alfred failed to show a particularized need to inspect the grand jury minutes, we affirm the judgment of the district court. See In re Grand Jury Proceedings, 800 F.2d 1293, 1298 (4th Cir. 1986). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED